MICHAEL N. WESTHEIMER, SBN 178938
michael.westheimer@ogletree.com
LISA M. BOWMAN, SBN 253843
lisa.bowman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:  415.442.4870

Attorneys for Defendant
INSULATION DISTRIBUTORS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID MAKER, individually and as a representative of other similarly situated aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>INSULATION DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 3:19-cv-03963-RS<br><br>**STIPULATION AND ORDER RE: REQUEST FOR 45-DAY CONTINUANCE OF ORDER TO SHOW CAUSE HEARING** |

## STIPULATION

Plaintiff Rashid Maker ("Plaintiff") and Defendant Insulation Distributors, Inc. ("Defendant") (collectively, the "Parties"), acting through their respective counsel, submit the following stipulation and mutual request:

**WHEREAS,** on June 17, 2020, the Parties submitted a joint report informing the Court that the case settled, and that the parties would submit a filing to this effect within the next 30 days;

**WHEREAS,** on June 18, 2020, this Court issued a Standby Order of Dismissal ("Standby Order"), directing the Parties to file a Stipulation of Dismissal by July 23, 2020, or appear at an Order to Show Cause hearing on July 30, 2020;

**WHEREAS,** the Parties finalized a settlement but have not been able to complete its terms within the time-frame provided in order to file a dismissal, and accordingly, mutually request a 45-day continuance of the Standby Order:

**NOW THEREFORE,** the Parties hereby stipulate and mutually request that the Court grant a 45-day continuance of the Standby Order's deadline to file a Stipulation of Dismissal currently set for July 23, 2020, and the Order to Show Cause Hearing currently scheduled for 1:30 p.m. on July 30, 2020.

**IT IS SO STIPULATED**.

DATED:  July 23, 2020                    LAW OFFICES OF DANIEL WELTIN, P.C.

By:  /s/ Daniel Weltin
   Daniel Weltin
   Attorneys for Plaintiff
   Rashid Maker

DATED:  July 23, 2020                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Lisa M. Bowman
   Michael N. Westheimer
   Lisa M. Bowman
   Attorneys for Defendant
   Insulation Distributors, Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

                                           /s/ Lisa M. Bowman
                                              Lisa M. Bowman

**ORDER**

The Court having reviewed the parties' stipulation and mutual request for a 45-day continuance of the Standby Order of Dismissal issued June 18, 2020, and good cause appearing therefor, the Court hereby vacates the Order to Show Cause hearing currently scheduled for July 30, 2020 at 1:30 p.m.

The parties are required to file a stipulation of dismissal by  September 17 , 2020.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on  September 24 , 2020, at  1:30  a.m./p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed.   Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:   7/23/2020

Hon. Richard Seeborg
United States District Judge

43623193.1